UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARRISON,

        Plaintiff,

v.

DEB DUTCHER, *et al.*,

        Defendants.

Case No. 1:07-CV-642

HON. GORDON J. QUIST

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

The Court has reviewed the Reports and Recommendations filed by the United States Magistrate Judge in this action. The Reports and Recommendations were duly served on Petitioner on March 12, 2010, and March 22, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(c). Additionally, while the Court previously found an issue of fact regarding the circumstances under which Defendant Dutcher rejected the pen pal lists, Defendant Dutcher has now produced sufficient evidence to warrant summary judgment. Therefore, the Court will adopt the Reports and Recommendations. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Reports and Recommendations (docket nos. 97 and 99) are **APPROVED AND ADOPTED** as the Opinions of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (docket no. 88) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a temporary restraining order and a preliminary injunction (docket no. 87) is **DISMISSED AS MOOT**.

Dated: April 23, 2010

               /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE